1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

2

3 | MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

4 | STACEY GEIS (CASBN 181444)
Assistant U.S. Attorney

5

   450 Golden Gate Ave (11th Floor)
6  San Francisco, CA 94102
   Telephone: (415) 436-7200
7  Fax: (415) 436-7234

8 | Attorneys for the United States

9 |                    UNITED STATES DISTRICT COURT

10 |                   NORTHERN DISTRICT OF CALIFORNIA

11 |                         SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,           )    CRIMINAL NO.
                                         )
14 |       Plaintiff,                    )         3-07 70331
                                         )
        v.                               )    NOTICE OF PROCEEDINGS ON
15                                       )    OUT-OF-DISTRICT CRIMINAL
                                         )    CHARGES PURSUANT TO RULES
16 | TAI WAI DAVID CHU, DAKON            )    5(c)(2) AND (3) OF THE FEDERAL RULES
     INTERNATIONAL, HENRY C.D.           )    OF CRIMINAL PROCEDURE
17 | YIP, T.P. COMPANY,                  )
                                         )
18 |       Defendants.                   )
                                         )
19

20
        Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
21
   Procedure that on June 7, 2007, the above-named defendants were arrested based upon arrest
22
   warrants (copies attached) issued upon
23
        ☒  Indictment
24
        ☐  Information
25
        ☐  Criminal Complaint
26
        ☐  Other
27
   pending in the Central District of California, Case Number CR 07-00449.
28

1  Defendants are charged with conspiracy, in violation of Title 18, United States Code, Section 371.

Brief Description of Charges: The Defendants are alleged to have engaged in a conspiracy to violate 16 U.S.C. §§ 3372(d) & 3373(d)(3)(A) (relating to false identification of Vietnamese catfish); 18 U.S.C. § 542 (false statements in a declaration); 18 U.S.C. § 545 (importation of merchandise contrary to law); 18 U.S.C. § 541 (effecting an entry of goods by payment of less than the amount of duty legally due); and 21 U.S.C. §§ 331(a), (c) & 333(a)(2) (relating to introduction into interstate commerce of misbranded and adulterated Vietnamese catfish).

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

Date: _____6/7/07_____

STACEY P. GEIS
Assistant U.S. Attorney